Marc S. Friedman
SNR Denton US LLP
101 JFK Parkway
Short Hills, NJ 07078
Telephone: (973) 912 7100
Facsimile:  (973) 912 7199

William M. Gantz
SNR Denton US LLP
233 S. Wacker Drive
Suite 7800
Chicago, Illinois  60606
(312) 876-2567
(312) 876-7934 (Facsimile)

*Attorneys for Defendant*
*Interactive Systems Inc., N.V.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LOTTOTRON, INC.,<br><br>              Plaintiff,<br><br>v.<br><br>EH NEW VENTURES, INC., *et al.*,<br><br>              Defendants. | Civil Action No. 2:09-6387 (FSH) (PS)<br>Consolidated with:<br>Civil Action No. 2:09-4942 (FSH) (PS)<br><br>ELECTRONICALLY FILED |

**AMENDED DECLARATION OF WILLIAM M. GANTZ IN SUPPORT OF
DEFENDANT INTERACTIVE SYSTEMS, INC. N.V.'S MOTION IN LIMINE
NO. 5 TO BAR TESTIMONY REGARDING ISI's REVENUES AS IRRELEVANT AND
PREJUDICIAL IN VIEW OF STIPULATION ON DAMAGES**

I., William M. Gantz, Esq., hereby declare under penalty of perjury as follows:

1.       I am an attorney at law in the State of Illinois and a partner with the law firm SNR

Denton US LLP, attorneys for defendant, Interactive Systems, Inc. N.V. ("ISI"), in the above-

entitled action.  I am thoroughly familiar with the facts and circumstances of this action.  I make

this Declaration in support of our Motion in Limine No. 5 To Bar Testimony Regarding ISI's

Revenues As Irrelevant And Prejudicial In View of Stipulation On Damages.

   2.  Attached hereto as Exhibits are true and correct copies of the following

documents:

   A.  Revised Final Pretrial Order dated December 14, 2010;

   B.  Revised Final Pretrial Order dated December 29, 2010 [Dkt. No. 112];

   C.  Friedman Dep. 44:11-23; 45:9-45:13;

   D.  Email correspondence of Mr. Summerfield dated December 27, 2010; and

   E.  Redacted copy of the document which would be PS - 12 if allowed.

   I certify that the foregoing statements made by me are true. I am aware that if any of the

foregoing statements made by me are willfully false, I am subject to punishment.


Dated: January 4, 2011        /s/ William M. Gantz

14925655