# EXHIBIT E

## ISI Revenues

| Game | 2010 (Jan. & Feb. only) | 2009 | 2008 (August 1 - December 31) |
|---|---|---|---|
| Poker (video) | | | |
| Slots | (2) | | (1) |
| Scratch | (2) | | |
| **Total Revenue** | | | |

**NOTES**

(1) - Slots 2008 - There was jackpot winner when won.
(2) - Scratch cards were new for 2009

CONFIDENTIAL - SUBJECT TO DISCOVERY CONFIDENTIALITY ORDER ENTERED MAY 26, 2010 IN CASE NO. 2:09-CV-06387-FSH-PH AND 2:09-CV-4942