UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

United States Post Office & Courthouse
Newark, New Jersey 07101

Chambers of
FAITH S. HOCHBERG
      U.S.D.J.                                                                                  March 2, 2011

      Re:    Lottotron, Inc. v. EH New Ventures, Inc.
              09-4942 (FSH/PS)

Dear Counsel:

      The above matter is scheduled for a jury trial to commence on <u>Monday, March 14, 2011 at 9:30A.M.</u>

      Upon a complete review of the Final Pretrial Order made by the parties, including a review of the summary of the testimony anticipated from each witness, and based on the Court's experience with similar matters, the Court allocates a "time bank" of **<u>4 hours for each side</u>**.  Time will be considered "expended" by parties when counsel for that party is in control of the courtroom for opening statements, direct or cross examinations and closing arguments.  Side bar conferences with the Court used to resolve questions regarding objections, motions and the like will be counted against the party who requested the sidebar. Counsel shall assemble all of its documents and prepare both direct and cross-examinations in advance so as to efficiently allocate their time within this allotment.  For those counsel who have not previously tried a case with time limits, please be assured that in each such trial conducted by this Court, all counsel have concluded their cases with time remaining in their respective "time banks."  Moreover, prior counsel have often remarked that this

procedure caused them to try a better, more focused, case.

The Courtroom Deputy is available to alert counsel to the time used and the time remaining at the end of each day.

Counsel for each party must have a complete binder including duplicate copies of the exhibits to be used with each witness. Such exhibits must be pre-marked according to the list submitted to the Court. An extra copy must be prepared for the witness to review during his or her testimony. Before each exhibit is used, counsel must announce the appropriate exhibit number so that the Court and opposing counsel may quickly turn to the exhibit in their respective binders. No exhibits may be passed to the jury during the trial. Instead, counsel should be prepared with any audio or visual equipment needed to publish the exhibits to the jury members once they have been accepted by the Court as evidence.

If you have any questions or concerns regarding the above, please contact my Courtroom Deputy, Julianne Buro, at (973) 645-4732.

SO ORDERED.

   s/ Faith S. Hochberg   
Faith S. Hochberg, U.S.D.J.