# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

United States Post Office & Courthouse
Newark, New Jersey 07101

JURY COMMUNICATION # __1__

DATE __3-16-11__

TIME __1:45__

With respect to exhibit PX12:

Do these dates mean that the games in question were upon the ISI site on those dates?

There were 3 lines of testimony read to you from a prior deposition transcript about this exhibit.