# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

United States Post Office & Courthouse
Newark, New Jersey 07101

JURY COMMUNICATION # 2

DATE 3-16-11

TIME 2:55

Your Honor,

We have reached a verdict.