# SPECIAL VERDICT FORM

**Instructions:** When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Please refer to the Jury Instructions for guidance on the law applicable to the subject matter covered by each question.

## QUESTIONS AND ANSWERS

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this court as our verdict in this Case.

### I. FINDINGS ON INFRINGEMENT CLAIMS

(Answer All Questions)

1. Has Lottotron proven by a preponderance of the evidence that ISI's End Zone scratch card game is equivalent to the "wagering formats" limitation of claim 5 of the '865 patent?

    Yes _____

    No __✓__

2. Has Lottotron proven by a preponderance of the evidence that ISI's Texas Hold 'Em scratch card game is equivalent to the "wagering formats" limitation of claim 5 of the '865 patent?

    Yes _____

    No __✓__

3. Has Lottotron proven by a preponderance of the evidence that ISI's The Pitch scratch card game is equivalent to the "wagering formats" limitation of claim 5 of the '865 patent?

    Yes _____

    No __✓__

4. Has Lottotron proven by a preponderance of the evidence that ISI's Game Day scratch card game is equivalent to the "wagering formats" limitation of claim 5 of the '865 patent?

    Yes _____

    No __✓__





1530657-1

5. Has Lottotron proven by a preponderance of the evidence that ISI's cosmic cash slot machine game is equivalent to the "wagering formats" limitation of claim 5 of the '865 patent?

    Yes _____

    No ✓

6. Has Lottotron proven by a preponderance of the evidence that ISI's End Zone scratch card game is equivalent to the "wagering formats" limitation of claim 8 of the '865 patent?

    Yes _____

    No ✓

7. Has Lottotron proven by a preponderance of the evidence that ISI's Texas Hold 'Em scratch card game is equivalent to the "wagering formats" limitation of claim 8 of the '865 patent?

    Yes _____

    No ✓

8. Has Lottotron proven by a preponderance of the evidence that ISI's The Pitch scratch card game is equivalent to the "wagering formats" limitation of claim 8 of the '865 patent?

    Yes _____

    No ✓

9. Has Lottotron proven by a preponderance of the evidence that ISI's Game Day scratch card game is equivalent to the "wagering formats" limitation of claim 8 of the '865 patent?

    Yes _____

    No ✓

10. Has Lottotron proven by a preponderance of the evidence that ISI's cosmic cash slot machine game is equivalent to the "wagering formats" limitation of claim 8 of the '865 patent?

    Yes _____

    No ✓

1530657-1

11. Do you find that games of the same type, but which have different names are:

(CHOOSE ONE ONLY)

__✓__ One kind of game for purposes of the '865 patent

OR

_____ More than one kind of game for purposes of the '865 patent.

DATED: March _16_, 2011    _____