IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK DIVISION

CLOSED

| | |
|---|---|
| LOTTOTRON, INC., | ) |
| | ) |
| Plaintiff, | ) Hon. Faith S. Hochberg, U.S.D.J. |
| | ) |
| v. | ) Civil Action No. 09-cv-4942 |
| | ) FSH-PS |
| ALLGAMES CASINOS LTD, *et al.*, | ) |
| | ) **JUDGMENT** |
| Defendants. | ) |

Having previously adjudged defendants Sun Casinos N.V., 3A International N.V., Bonne Chance N.V., Yellow Stone Entertainment N.V., Pullman Gaming, Allgames Casinos LTD, CB Corporation, i-Services N.V., and Sonsorol, LTD ("the Defaulting Defendants") in default on the claim for infringement of U.S. Patent No. 5,921,865 ("the '865 patent") brought by plaintiff, Lottotron, Inc. ("Lottotron"), in above-captioned matter (*see* Order (July 27, 2011 [ECF No. 167]); and

Having held an evidentiary hearing on October 4, 2011 at which plaintiff, Lottotron, Inc. ("Lottotron") presented evidence regarding the damages adequate to compensate it for the Defaulting Defendants' infringement of the '865 patent, including the testimony of its expert, Stacy Friedman, and for good cause supported by such evidence;

1778702-1

IT IS HEREBY ORDERED THAT the Defaulting Defendants shall pay Lottotron the amounts reflected below as compensation for their infringement of the '865 patent:

| | |
|---|---|
| Sun | $1,948,800.00 |
| Bonne Chance | $1,545,600.00 |
| 3A | $1,545,600.00 |
| Pullman | $1,948,800.00 |
| Allgames | $1,545,600.00 |
| CB | $4,300,800.00 |
| i-Services | $ 336,000.00 |
| Sonsorol | $1,545,600.00 |

12/5/11
Date

FAITH S. HOCHBERG
U.S. DISTRICT JUDGE